IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY JACKSON, ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | 3:08-CV-1527-N | |
| ) | | |
| TEXAS DEPARTMENT OF CRIMINAL ) | | |
| JUSTICE, PAROLE DIVISION, ) | | |
| Defendant. ) | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed November 18, 2008.

_____
David C. Godbey
United States District Judge